# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

# WRIT OF EXECUTION

Case Number:  22-cv-00063-JWB-DJF

**TO THE MARSHAL, SHERIFF OR OTHER DESIGNATED PERSON:**

COUNTY, STATE OF MINNESOTA

YOU ARE HEREBY COMMANDED, that of the goods, chattels, lands and tenements in your district

belonging to                                        Allina Health System

you cause to be made and levied as well a certain      $ 1,236,923.40
debt of

AMOUNT OF JUDGMENT:    $1,236,923.40

in the United States District Court for the District of Minnesota, before the Judge of said Court by the

consideration of the same Judge lately recovered against the said      Gentox Medical Services, LLC

and also the costs that may accrue under this writ.                & Uriah Kennedy

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

PLACE:     United States District Court      DISTRICT:   Minnesota

CITY:     St. Paul                          DATE:      2/22/24

Witness the Honorable: Jerry W. Blackwell

| DATE: | CLERK OF COURT: | KATE M. FOGARTY |
| --- | --- | --- |
| | (By) DEPUTY CLERK: | |

**RETURN**

| DATE RECEIVED: | DATE OF EXECUTION OF WRIT: |
| --- | --- |
| **This writ was received and executed.** | |
| US Marshal or Sheriff | (by) Deputy Marshal or Deputy Sheriff |
| or Other Official | title: |